STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
GEORGE RABATIN, DEFENDANT-PETITIONER.

*Mr. N. Morton Rigg* and *Mr. C. Zachary Seltzer* for the
petitioner.

*Mr. Harold T. Parker* for the respondent.

October 13, 1953.   Denied.

THE PENNSYLVANIA RAILROAD COMPANY, PLAINTIFF-
RESPONDENT, v. L. ALBERT & SON, INC., DEFEND-
ANT-PETITIONER.

*Messrs. Kahn & Schildkraut* for the petitioner.

*Mr. John A. Hartpence* for the respondent.

October 19, 1953.   Denied.